Case Name: HOSTER, CINNAMON J.
Case No:   08-70397

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: October 15, 2008          WILLIAM T. NEARY
                                 United States Trustee, Region 11


                        BY:   */s/ Carole J. Ryczek*
                              CAROLE J. RYCZEK
                              Attorney for the U.S. Trustee