IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HOSTER, CINNAMON J.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08-70397 BARB<br><br>JUDGE Manuel Barbosa |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    211 S. Court Street
    Rockford, IL 61101
    on: November 17, 2008
    at: 9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                               $         4,008.64

    b. Disbursements                          $             0.00

    c. Net Cash Available for Distribution    $         4,008.64

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG<br>(Trustee Fees) | 0.00 | $1,002.16 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $19,575.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 15.36%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 120.00 | $ 18.43 |
| 2 | Eddie L. Branch, Jr. | $ 13,397.51 | $ 2,057.60 |
| 3 | Cindy Burtlow | $ 1,190.00 | $ 182.76 |
| 4 | Lenny Burtlow | $ 2,450.00 | $ 376.27 |
| 5 | Dr. Joseph Crisham | $ 698.00 | $ 107.20 |
| 6 | Midwest Verizon Wireless | $ 1,720.42 | $ 264.22 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: 10-10-08                    For the Court,

                                    By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Phone No.: (815) 288-4949

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                Page 1 of 1                   Date Rcvd: Oct 16, 2008
Case: 08-70397                Form ID: pdf002              Total Served: 22

The following entities were served by first class mail on Oct 18, 2008.
db           +Cinnamon J. Hoster,   27228 Maple Drive,   Sterling, IL 61081-8520
aty          +Kelli D Walker,   15 East Third Street,   P. O. Box 535,   Sterling, IL 61081-0535
11951978     +Alliance Asset Management, Inc.,   330 Georgetown Square, Suite 104,   Wood Dale, IL 60191-1890
11951979     +Brody Wolf,   27228 Maple Drive,   Sterling, IL 61081-8520
11951980      Cindy Burtlow,   1310 11th Avenue,   Sterling, IL  61081-2673
11951981      Diversified Consultants, Inc.,   P.O. Box 551268,   Jacksonville, FL  32255-1268
11951982     +Dr. Joseph Crisham,   122 East Everett,   Dixon, IL 61021-2140
11951983     +Eagle Recovery Associates, Inc.,   424 SW Washington St., 3rd Floor,   Peoria, IL 61602-5147
11951984      Eddie L. Branch, Jr.,   C/O Attorney John Guzzardo,   P.O. Box 400,   Sterling, IL  61081-0400
11951985      First Premier Bank,   P.O. Box 5147,   Sioux Falls, SD  57117-5147
11951976     +Hoster Cinnamon J,   27228 Maple Drive,   Sterling, IL 61081-8520
11951986      Imagine Card,   P.O. Box 136,   Newark, NJ  07101-0136
11951987     +KSB Hospital,   403 East First Street,   Dixon, IL 61021-3187
11951988     +Leading Edge Recovery Solutions, LLC,   5440 N. Cumberland Ave., Ste. 300,
               Chicago, IL 60656-1486
11951989      Lenny Burtlow,   1310 11th Avenue,   Sterling, IL  61081-2673
12386364     +Midwest Verizon Wireless,   Verizon Wireless,   POB 3397,   Bloomington, IL 61702-3397
11951977     +Miller Lancaster Walker & Burall PC,   15 East Third Street PO Box 535,   Sterling, IL 61081-0535
11951990      National Credit Adjusters,   P.O. Box 3023,   Hutchinson, KS  67504-3023
11951991     +Northland Group, Inc.,   P.O. Box 390846,   Edina, MN 55439-0846
11951992     +Rod And Judy Rhodes,   27228 Maple Drive,   Sterling, IL 61081-8520

The following entities were served by electronic transmission on Oct 17, 2008.
tr           +E-mail/Text: KATHY@EGBBL.COM                                       Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
12200712      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 17 2008 12:30:27      Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2008**                              **Signature:** _Joseph Speetjens_